The City of Holton v. Maggie M. Hicks.

No. 12,795.   (71 Pac. 1126.)

Error from Jackson district court; Marshall Gephart, judge. Opinion filed March 7, 1903. Affirmed.

*M. A. Bender,* city attorney, and *Hayden & Hayden,* for plaintiff in error.

*John S. Hopkins, Welch & Welch,* and *Crane & Woodburn,* for defendant in error.

*Per Curiam:* No material error was committed by the court in the admission of testimony, nor in charging the jury. There is some confusion in the special findings, but, fairly interpreted, they sustain the general verdict, and the rulings thereon furnish no reason for reversal.

The judgment is affirmed.